Drftscan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE W. REILLY and VITO GIACHETTI, as Co-Chairmen of the Boards of Trustees of the PLUMBERS LOCAL UNION NO. 1 WELFARE FUND, ADDITIONAL SECURITY BENEFIT FUND, VACATION & HOLIDAY FUND, TRADE EDUCATION FUND AND 401(k) SAVINGS PLAN, MARTIN MADDALONI and CHARLES CARLSON, as Co-Chairmen of the Board of Trustees of the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, LAWRENCE MAZZOLA and SMITTY BELCHER, as Co-Chairmen of the Board of Trustees of the INTERNATIONAL TRAINING FUND and GEORGE W. REILLY, as Business Manager of LOCAL UNION NO. 1 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA,<br><br>Plaintiffs,<br><br>-against-<br><br>L.E.S. SUB-SURFACE PLUMBING, INC., LESLIE FISCHER, PHILIP ILLUZZI and WESTERN SURETY,<br><br>Defendants. | 05 Civ. 0159 (DGT)<br><br>**NOTICE OF DISMISSAL**<br><br> |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed in its entirety with respect to defendant Western Surety.

Dated: New York, New York
    May 4, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Charles R. Virginia (CV 8214)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

_s/David G. Trager_   5/16/05
U.S.D.J.